FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VICTOR TARANGO, | NO. CV 08-00089 SJO (SS) |
| Petitioner, | **ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS** |
| v. | **OF UNITED STATES MAGISTRATE JUDGE** |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\\
\\\
\\\
\\\
\\\

Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

Dated: _____3/4_____, 2008.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE