# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VICTOR TARANGO,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA, et al.,<br><br>　　　　　Respondent. | CASE NO. CV 08-00089 SJO (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 3/4/0/

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE